**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PROGRESSIVE GARDEN STATE
INSURANCE COMPANY,

    Plaintiff,

v.                                                                   Civ. No. 21-1200 KK/JHR

ANDREA RYAN-DAVIS, et al.,

    Defendants.

### ORDER SETTING SEALED FAIRNESS HEARING AND DEADLINE FOR THE GUARDIAN AD LITEM'S SUPPLEMENTAL REPORT

    IT IS THEREFORE HEREBY ORDERED THAT:

1. A Fairness Hearing, at which the Court will consider approval of the parties' proposed minor settlement agreement, is scheduled for **Wednesday, January 4, 2023, at 10:30 a.m. via Zoom videoconferencing** with all participants appearing remotely. The Zoom ID and Passcode will be filed separately in a sealed Notice of Zoom Information; counsel are responsible for providing this Notice to their clients and any other persons who are authorized to participate in the conference on their clients' behalf. Participants should connect to the proceeding ten (10) minutes before it is scheduled to start to allow enough time to resolve any connectivity issues. Participants are encouraged to use a headset to reduce static and background noise; if not using a headset, participants must ensure that the audio feed at their location is muted when not speaking.

<span style="color:red">***Recording or broadcasting of this conference is prohibited.***</span>

2. The Guardian Ad Litem ("GAL"), the minor's parent(s) and/or legal guardian(s), and counsel for the parties are required to attend the hearing. The minor child and any client representatives defense counsel deem necessary may also, but are not required to,

attend. Given the confidential nature of the proceedings, no other persons are permitted to attend the hearing without leave of the Court.

3. The GAL shall file her sealed supplemental report with the proposed form of release attached thereto no later than **Friday, December 30, 2022**.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE