IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PROGRESSIVE GARDEN STATE INSURANCE COMPANY,

    Plaintiff,

v.                                                                       No. CIV-21-01200 KK/JHR

ANDREA RYAN-DAVIS, individually and on behalf of her
minor child, B.D., and HAYLEY DAVIS,

    Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR
SUBMISSION OF CLOSING DOCUMENTS**

**THIS MATTER** having come before the Court upon the Parties' Joint Motion to Extend Deadline for Submission of Closing Documents; the Court having reviewed the Motion and noting that good cause exists, HEREBY Grants the Motion.

**IT IS ORDERED** that the Parties are required to submit closing documents no later than February 17, 2023.

    **IT IS SO ORDERED**.

_____
HON. JUDGE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

**APPROVED:**

/s/ Meena H. Allen
Counsel for Plaintiff

/s/ Joseph Woods
Counsel for Defendants