IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PROGRESSIVE GARDEN STATE
INSURANCE COMPANY,

    Plaintiff,

v.                                                                        Civ. No. 21-1200 KK/JHR

ANDREA RYAN-DAVIS, *individually and on behalf of her*
*Minor child, B.D.,* and HAYLEY DAVIS,

    Defendants.

### **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

    This matter is before the Court upon the Joint Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. 30), and the Court having reviewed the Motion and the file in this matter, and being otherwise advised in the premises, FINDS that the Motion is well-taken and should be granted.

    IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

    IT IS SO ORDERED.

*/s/ Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent